UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-373 ADM/DLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.       **NOTICE OF APPEARANCE**

LAZERRICK ALANTE STEWART,

    Defendant.

Please add the following Assistant United States Attorney(s) to the above-captioned case:

<u>Add AUSA</u>

Flavio De' Abreu

Dated: February 12, 2026         Respectfully submitted,

                                      DANIEL N. ROSEN
                                      United States Attorney

                                      *s/Flavio De' Abreu*
                        BY:   FLAVIO DE' ABREU
                                      Special Assistant U.S. Attorney